# Court of Appeals
# of the State of Georgia

ATLANTA, __January 23, 2015__

*The Court of Appeals hereby passes the following order:*

## A15A0923.  CHERYL J. MITCHELL v. U. S. BANK TRUST, N. A.

U. S. Bank Trust filed a dispossessory action against Cheryl J. Mitchell in magistrate court. The magistrate court ruled in favor of the bank and ordered Mitchell to pay rent into the registry of the court pending any appeal. Mitchell appealed to superior court, which dismissed the appeal, citing her failure to make rent payments. Represented by attorney Grady Roberts, Mitchell then filed a notice of direct appeal to this Court.  We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Mitchell was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Her failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,_____ 01/23/2015 _____
 I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
 Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.